```
 1  BENJAMIN B. WAGNER
    United States Attorney                FILED
 2  JARED C. DOLAN
    Assistant U.S. Attorney               MAR 11 2010
 3  501 I Street, Suite 10-100
    Sacramento, California 95814          CLERK, U.S. DISTRICT COURT
 4  Telephone: (916) 554-2700             EASTERN DISTRICT OF CALIFORNIA
                                          BY_____
 5                                                    DEPUTY CLERK

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                    2:10-  -0097 JAM

11  UNITED STATES OF AMERICA,    )   Case NO.
                                 )
12        Plaintiff,             )   VIOLATIONS: 18 U.S.C. § 1349 -
                                 )   Conspiracy to Commit Mail Fraud;
13        v.                     )   18 U.S.C. § 1341 - Mail Fraud (26
                                 )   Counts); 18 U.S.C. § 981(a)(1)(C)
14  YVETTE COMPITO,              )   & 28 U.S.C. § 2461(c) - Criminal
    KARAMOKO GOODMAN,            )   Forfeiture
15  JESSE DAVIS,                 )
    LAJAMAAL BRUMFIELD,          )
16  SHANEMA MCQUEEN, and         )
    SUZANNE PERKINS,             )
17                               )
          Defendants.            )
18                               )
    _____)
19

20                       I N D I C T M E N T

21  COUNT ONE:   [18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud]

22        The Grand Jury charges:

23                       YVETTE COMPITO,
                         KARAMOKO GOODMAN,
24                       JESSE DAVIS,
                         LAJAMAAL BRUMFIELD, and
25                       SHANEMA MCQUEEN,

26  defendants herein, as follows:

27                    A.   INTRODUCTION

28        At all times material herein,
```

1

1.  The State of California Employment Development Department ("EDD") was the department of the State of California that administered the Unemployment Insurance (UI) program.

2.  Individuals who have been laid off by an employer are eligible to receive UI benefits. The amount of weekly UI benefits paid to a claimant is based on that claimant's prior earnings. In order to receive benefits, a UI claimant is required to provide information to the EDD, including the claimant's name, social security number, and previous employer. Prior to making payment on the claim, the EDD verifies the claimant had earnings reported to the EDD by the employer. Employers report wages they pay their employees to EDD by submitting Form DE 6 Wage and Withholding reports. As long as wages are reported for a claimant by an employer, the EDD will pay the benefits even though the employer may not have paid any payroll taxes to the EDD. The EDD will subsequently attempt to collect the delinquent payroll taxes from the employer.

3.  After a UI claim is accepted, the claimant is required to verify his or her continued unemployment to the EDD on a weekly or bi-monthly basis. The claimant provides the information by submitting Form DE 4581, a continued claim form, via the U.S. mail. A blank DE 4581 is attached to the UI benefit check received for that period. The continued claim form must be completed by the UI claimant in order to receive future checks.

4.  EDD mailed unemployment benefit checks from West Sacramento, in the State and Eastern District of California.

B.  <u>SCHEME TO DEFRAUD</u>

5.  Beginning in or about January 2000 and continuing to in or

2

about May 2007, in Sacramento and Yolo Counties, within the State and Eastern District of California and elsewhere, the defendants COMPITO, GOODMAN, DAVIS, BRUMFIELD, MCQUEEN, and others known and unknown to the Grand Jury, did knowingly and willfully agree, combine, and conspire to execute through the use of the mails a scheme and artifice to defraud the State of California by means of false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in violation of Title 18, United States Code, Section 1349.

## C. MANNER AND MEANS

The manner and means by which the conspiracy was sought to be accomplished was the following:

6. It was part of the conspiracy that defendant COMPITO, and others known and unknown to the Grand Jury, created fictitious companies by submitting fictitious company and employee information to the EDD. The information submitted to the EDD included the submission of a fictitious company name, business address, and owner. In response, EDD provided COMPITO with an Employer Account Number (EAN).

7. It was further part of the conspiracy that after creating a fictitious company, defendant COMPITO, and others known and unknown to the Grand Jury, created fictitious employees for that company using both COMPITO's own identity and the identities of other individuals recruited by defendants COMPITO, GOODMAN, DAVIS, BRUMFIELD, MCQUEEN, and others known and unknown to the Grand Jury. Those individuals were recruited to participate in the scheme in a variety of ways. For example, defendant DAVIS recruited high school students to file claims while DAVIS was working as a security guard

3

at a Los Angeles High School.  Defendants COMPITO, GOODMAN, BRUMFIELD, and MCQUEEN recruited their friends, family, and minor children.

8.  It was further part of the conspiracy that the minor children recruited as claimants would often pose as being actors, actresses or models who were laid off from fictitious casting agencies such as "Class Act Casting Agency" and "Choice Casting."

9.  It was further part of the conspiracy that after recruiting individuals to participate in the scheme and receiving their personal identifying information, defendant COMPITO, and others known and unknown to the Grand Jury, would then use the previously provided EAN to submit Form DE 6 Wage and Withholding reports to the EDD Employment Tax Office (ETO) listing the fictitious employees for the fictitious company.  Unlike most legitimate companies, COMPITO submitted multiple Form DE 6 Wage and Withholding reports at one time, and for reporting periods that had already passed.

10.  It was further part of the conspiracy that once having submitted the DE 6, defendant COMPITO, and others known and unknown to the Grand Jury, would telephone the EDD, pose as one of the fictitious laid off employees, and request unemployment benefits.

11.  It was further part of the conspiracy that after verifying that earnings had been reported by the employer for the employee calling to claim benefits, the EDD would file the claim and mail the first continued claim form to the address provided by the claimant. That address would generally, but not always, be one controlled by defendants COMPITO, GOODMAN, DAVIS, BRUMFIELD and MCQUEEN.

12.  It was further part of the conspiracy that after the first continued claim form was completed and mailed to the EDD by

4

1  defendants COMPITO, GOODMAN, DAVIS, BRUMFIELD, MCQUEEN, and others
2  known and unknown to the Grand Jury, the EDD mailed a UI check to
3  the address on the claim.

4    13. It was further part of the conspiracy that in order to
5  continue to receive UI benefits, defendants COMPITO, GOODMAN, DAVIS,
6  BRUMFIELD, MCQUEEN, and others known and unknown to the Grand Jury,
7  would receive a continued claim form for the next time period to be
8  claimed. One of the defendants would fill out the next continued
9  claim form in the name of the fictitious employee, attest to the
10 fact that the fictitious employee was still unemployed, and mail it
11 to the EDD.

12    14. The information reported to EDD on the DE 6 and DE 4581
13 forms was false and material to EDD's decision to pay and continue
14 paying benefits.

15    15. As a result of the conspiracy, the defendants cashed, or
16 caused to be cashed, over $800,000 in unemployment checks.

### D. OVERT ACTS

On or about the dates listed below, in furtherance of the
conspiracy and to carry out the object of the conspiracy, defendants
COMPITO, GOODMAN, DAVIS, BRUMFIELD, MCQUEEN and other co-
conspirators known and unknown to the Grand Jury, committed the
following overt acts, among others, within the Eastern District of
California and elsewhere:

#### Fictitious Business Registration

16. On or about January 6, 2000, defendant COMPITO, and others
known and unknown to the Grand Jury, registered, and caused to be
registered, "D&D Financial Services" as a business with the EDD.

17. On or about October 28, 2002, defendant COMPITO, and

1  others known and unknown to the Grand Jury, registered, and caused
2  to be registered, "A/V Fish Fry" as a business with the EDD.
3     18. On or about August 14, 2003, defendant COMPITO, and others
4  known and unknown to the Grand Jury, registered, and caused to be
5  registered, "Star on Set Catering" as a business with the EDD.
6     19. On or about February 13, 2004, defendant COMPITO, and
7  others known and unknown to the Grand Jury, registered, and caused
8  to be registered, "New Tech Sound System" as a business with the
9  EDD.
10    20. On or about February 13, 2004, defendant COMPITO, and
11 others known and unknown to the Grand Jury, registered, and caused
12 to be registered, "First Call Casting Agency" as a business with the
13 EDD.
14    21. On or about February 13, 2004, defendant COMPITO, and
15 others known and unknown to the Grand Jury, registered, and caused
16 to be registered, "Beverly Wood Catering" as a business with the
17 EDD.
18    22. On or about June 15, 2004, defendant COMPITO, and others
19 known and unknown to the Grand Jury, registered, and caused to be
20 registered, "New Tech Home Theaters" as a business with the EDD.
21    23. On or about August 6, 2004, defendant COMPITO, and others
22 known and unknown to the Grand Jury, registered, and caused to be
23 registered, "Choice Casting" as a business with the EDD.
24    24. On or about September 27, 2004, defendant COMPITO, and
25 others known and unknown to the Grand Jury, registered, and caused
26 to be registered, "Class Act Casting Agency" as a business with the
27 EDD.
28    25. On or about July 20, 2005, defendant COMPITO, and others

1 known and unknown to the Grand Jury, registered, and caused to be
2 registered, "Pillar Consulting Company" as a business with the EDD.
3    26. On or about July 20, 2005, defendant COMPITO, and others
4 known and unknown to the Grand Jury, registered, and caused to be
5 registered, "Brilliant Design" as a business with the EDD.
6    27. On or about July 20, 2005, defendant COMPITO, and others
7 known and unknown to the Grand Jury, registered, and caused to be
8 registered, "Innovative Solutions" as a business with the EDD.
9    28. On or about August 1, 2005, defendant COMPITO, and others
10 known and unknown to the Grand Jury, registered, and caused to be
11 registered, "Young Images" as a business with the EDD.

12 Fictitious Wage Submission

13    29. On or about October 6, 2000, defendant COMPITO, and others
14 known and unknown to the Grand Jury, submitted and caused to be
15 submitted to the ETO the DE 6 Wage and Withholding reports for seven
16 "employees" of D&D Financial Services.
17    30. On or about November 14 and November 19, 2002, defendant
18 COMPITO, and others known and unknown to the Grand Jury, submitted
19 and caused to be submitted to the ETO the DE 6 Wage and Withholding
20 reports for five "employees" of A/V Fish Fry.
21    31. On or about August 28, 2003, defendant COMPITO, and others
22 known and unknown to the Grand Jury, submitted and caused to be
23 submitted to the ETO the DE 6 Wage and Withholding reports for
24 twenty-one "employees" of Star on Set Catering.
25    32. On or about March 30, 2004, defendant COMPITO, and others
26 known and unknown to the Grand Jury, submitted and caused to be
27 submitted to the ETO the DE 6 Wage and Withholding reports for seven
28 "employees" of New Tech Sound System.

33. On or about March 19, 2004, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for four "employees" of First Call Casting.

34. On or about September 28, 2004, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for seventeen "employees" of New Tech Home Theaters.

35. On or about September 15, 2004, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for eleven "employees" of Choice Casting.

36. On or about January 21, 2005, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for thirty-nine "employees" of Class Act Casting.

37. On or about September 21, 2005, defendant COMPITO, and others known an unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for one "employee" of Pillar Consulting Company.

38. On or about September 21, 2005, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for fourteen "employees" of Brilliant Design.

39. On or about September 21, 2005, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for twenty-one "employees" of Innovative Solutions.

40. On or about September 21, 2005, defendant COMPITO, and others known and unknown to the Grand Jury, submitted and caused to be submitted to the ETO the DE 6 Wage and Withholding reports for three "employees" of Young Images.

EDD Checks

On or about the dates listed below, the defendants COMPITO, GOODMAN, DAVIS, BRUMFIELD, and MCQUEEN as more specifically set forth below, knowingly caused the following items to be placed in an authorized depository for mail matter in the Eastern District of California, to be sent and delivered by the United States Postal Service, each of which was an overt act in furtherance of the conspiracy:

| NUMBER | DATE | DEFENDANT | ITEM MAILED |
|---|---|---|---|
| 41 | January 8, 2001 | COMPITO | EDD Check No. 28687252 to Yvette Compito at 5621 Magda Ct., Palmdale, CA 93552 in the amount of $430. |
| 42 | July 23, 2003 | COMPITO | EDD Check No. 72513835 to JAB at 5621 Magda Ct., Palmdale, CA 93552 in the amount of $274. |
| 43 | December 1, 2003 | MCQUEEN | EDD Check No. 78538108 to AFF at 24624 4th St., San Bernardino, CA 92410 in the amount of $740. |
| 44 | February 2, 2004 | GOODMAN | EDD Check No. 81534161 to AFF at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $740. |
| 45 | October 28, 2004 | COMPITO | EDD Check No. 90688750 to LPB at 5621 Magda Ct., Palmdale, CA 93552 in the amount of $820. |
| 46 | November 23, 2004 | MCQUEEN | EDD Check No. 91442148 to TFD at 24624 4th St., San Bernardino, CA 92410 in the amount of $820. |

| 47 | March 7, 2005 | BRUMFIELD | EDD Check No. 94912486 to LPB at 15075 Chuparosa St., Victorville, CA 92394 in the amount of $820. |
| 48 | May 16, 2005 | GOODMAN | EDD Check No. 97515644 to JHT at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $820. |
| 49 | December 1, 2005 | COMPITO | EDD Check No. 02920864 to ADR at 26873 Sierra Hwy #129, Santa Clarita, CA 91321 in the amount of $900. |
| 50 | February 15, 2006 | DAVIS | EDD Check No. 05080582 to Jesse Davis at 5871 Pickford St., #5, Los Angeles, CA 90019 in the amount of $338. |
| 51 | February 27, 2006 | MCQUEEN | EDD Check No. 05428207 to JAM at 24624 4th St., San Bernardino, CA 92410 in the amount of $900. |
| 52 | July 31, 2006 | BRUMFIELD | EDD Check No. 09644269 to LaJamaal Brumfield at 15075 Chuparosa St., Victorville, CA 92394 in the amount of $338. |

All in violation of Title 18, United States Code, Section 1349.

COUNTS TWO through TWENTY-SEVEN: [18 U.S.C. § 1341 - Mail Fraud]

The Grand Jury further charges:  T H A T

YVETTE COMPITO,
KARAMOKO GOODMAN,
JESSE DAVIS,
LAJAMAAL BRUMFIELD,
SHANEMA MCQUEEN, and
SUZANNE PERKINS,

defendants herein, as follows:

53.  The Grand Jury realleges and incorporates by reference the allegations set forth in paragraphs 1-4 and 6-40.

54.  On or about the dates set forth below, in the State and

Eastern District of California and elsewhere, defendants COMPITO, GOODMAN, DAVIS, BRUMFIELD, MCQUEEN and PERKINS, as more specifically set forth below, for the purpose of executing and attempting to execute the above-described scheme to defraud, knowingly caused the following items to be placed in an authorized depository for mail matter in the Eastern District of California, to be sent and delivered by the United States Postal Service, as charged below:

| COUNT | DATE | DEFENDANT | MAIL MATTER |
|---|---|---|---|
| 2 | March 18, 2005 | PERKINS | EDD Check No. 95375155 to Suzanne Perkins at 17664 Highacres Ave., Palmdale, CA 93519 in the amount of $820. |
| 3 | March 28, 2005 | GOODMAN | EDD Check No. 95637943 to Karamoko Goodman at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $820. |
| 4 | March 28, 2005 | GOODMAN | EDD Check No. 95637942 to JLG at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $820. |
| 5 | March 21, 2005 | BRUMFIELD | EDD Check No. 95407454 to MAA at 15075 Chuparosa St., Victorville, CA 92394 in the amount of $338. |
| 6 | May 31, 2005 | MCQUEEN | EDD Check No. 97924712 to NMS at 24624 4th St., San Bernardino, CA 92410 in the amount of $820. |
| 7 | May 31, 2005 | MCQUEEN | EDD Check No. 97924713 to TOS at 24624 4th St., San Bernardino, CA 92410 in the amount of $820. |
| 8 | June 20, 2005 | PERKINS | EDD Check No. 98498008 to JCP at 17664 Highacres Ave., Palmdale, CA 93519 in the amount of $820. |

| 9 | June 21, 2005 | PERKINS | EDD Check No. 98533285 to SCP at 17664 Highacres Ave., Palmdale, CA 93519 in the amount of $820. |
|---|---|---|---|
| 10 | July 5, 2005 | GOODMAN | EDD Check No. 98879949 to KAB at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $824. |
| 11 | August 1, 2005 | DAVIS | EDD Check No. 99644529 to MSG at 419 W. Palmer St., Compton, CA 90220 in the amount of $738. |
| 12 | September 8, 2005 | DAVIS | EDD Check No. 00820660 to JPI at 4422 Pinafore St. #5, Los Angeles, CA 90008 in the amount of $618. |
| 13 | September 26, 2005 | BRUMFIELD | EDD Check No. 01281393 to DSB at 15075 Shuparosa St., Victorville, CA 92394 in the amount of $512. |
| 14 | October 17, 2005 | BRUMFIELD | EDD Check No. 01771439 to LTW at 15075 Chuparosa St., Victorville, CA 92394 in the amount of $450. |
| 15 | December 27, 2005 | COMPITO | EDD Check No. 03554209 to CKP at 26873 Sierra Hwy #129, Santa Clarita, CA 91321 in the amount of $900. |
| 16 | April 4, 2005 | BRUMFIELD | EDD Check No. 95849804 to MAA at 15075 Chuparosa St., Victorville, CA 92394 in the amount of $338. |
| 17 | November 21, 2005 | COMPITO | EDD Check No. 02619764 to ADR at 26873 Sierra Hwy #129, Santa Clarita, CA 91321 in the amount of $900. |
| 18 | November 21, 2005 | COMPITO | EDD Check No. 02619763 to Yvette Compito at 26873 Sierra Hwy #129, Santa Clarita, CA 91321 in the amount of $900. |

| | | | |
|---|---|---|---|
| 19 | December 5, 2005 | COMPITO | EDD Check No. 02974876 to CMZ at 26873 Sierra Hwy #129, Santa Clarita, CA 91321 in the amount of $900. |
| 20 | December 12, 2005 | GOODMAN | EDD Check No. 03179268 to TFD at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $900. |
| 21 | February 15, 2006 | DAVIS | EDD Check No. 05080582 to Jesse Davis at 5871 Pickford St., #5, Los Angeles, CA 90019 in the amount of $338. |
| 22 | February 27, 2006 | GOODMAN | EDD Check No. 05438471 to AGD at 37247 Sabal Ave., Palmdale, CA 93552 in the amount of $900. |
| 23 | February 27, 2006 | DAVIS | EDD Check No. 05415604 to RCJ at 4422 Pinafore St. #5, Los Angeles, CA 90008 in the amount of $900. |
| 24 | February 27, 2006 | MCQUEEN | EDD Check No. 05428207 to JAM at 24624 4th St., San Bernardino, CA 92410 in the amount of $900. |
| 25 | May 30, 2006 | DAVIS | EDD Check No. 08043358 to REM at 5871 Pickford St., #5, Los Angeles, CA 90019 in the amount of $473. |
| 26 | June 5, 2006 | MCQUEEN | EDD Check No. 08223781 to OWS at 24624 4th St., San Bernardino, CA 92410 in the amount of $338. |
| 27 | July 31, 2006 | BRUMFIELD | EDD Check No. 09644268 to LaJamaal Brumfield at 15075 Chuparosa St., Victorville, CA 92394 in the amount of $338. |

All in violation of Title 18, United States Code, Section 1341.

13

FORFEITURE ALLEGATION:   [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

The Grand Jury further charges:   T H A T

YVETTE COMPITO,
KARAMOKO GOODMAN,
JESSE DAVIS,
LAJAMAAL BRUMFIELD,
SHANEMA MCQUEEN, and
SUZANNE PERKINS,

defendants herein, as follows:

Upon conviction of one or more of the offenses alleged in Counts One through Twenty-Seven of this Indictment, said defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violations.

If any property subject to forfeiture, as a result of the offenses alleged in Counts 1-27 of this Indictment:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided divided without difficulty;

then it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the property subject to forfeiture.

1 | All in violation of Title 18, United States Code, Sections
2 | 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

*Benjamin Wagner* (signature)
BENJAMIN B. WAGNER
United States Attorney

15

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
*vs.*

YVETTE COMPITO,
KARAMOKO GOODMAN,
JESSE DAVIS,
LAJAMAAL BRUMFIELD,
SHANEMA MCQUEEN, and
SUZANNE PERKINS

---

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 - Mail Fraud (26-Counts); 18 U.S.C. § 981 (a) (1) (C) & 28 U.S.C.§ 2461 (c) - Criminal Forfeiture

---

*A true bill,*

_____/S/_____
*Foreman.*

*Filed in open court this* __11__ *day*

*of* __MARCH__, A.D. 20 __10__

_____
*Clerk.*

Bail, $ _____ **NO BAIL WARRANT** as to Defendants Compito, Davis, McQueen, and Perkins.

**NO PROCESS NECESSARY** as to Defendants Goodman and Brumfield.

GPO 863 526

2:10-cr-0097 JAM

# PENALTY SLIP

**COUNT 1:**
**DEFENDANTS:** YVETTE COMPITO, KARAMOKO GOODMAN, JESSE DAVIS, LAJAMAAL BRUMFIELD, and SHANEMA MCQUEEN

**VIOLATION:** 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud

**PENALTY:** Not more than $250,000 Fine; or
Not more than 20 years of Imprisonment, or both;
3 years term supervised release.

**COUNTS 2 -27:**
**DEFENDANTS:** YVETTE COMPITO, KARAMOKO GOODMAN, JESSE DAVIS, LAJAMAAL BRUMFIELD, and SHANEMA MCQUEEN, and SUZANNE PERKINS

**VIOLATION:** 18 U.S.C. § 1341 - Mail Fraud (26 Counts)

**PENALTY:** Not more than $250,000 Fine; or
Not more than 20 years imprisonment, or both;
3 years term supervised release.

**FORFEITURE ALLEGATION:**
**VIOLATION:** 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461 (c) - Criminal Forfeiture
**PENALTY:** As stated in indictment.

**ASSESSMENT:** $100 special assessment for each count