UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>KARAMOKO GOODMAN,<br><br>    Movant. | No.  2:10-cr-0097 JAM DAD P<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2013, the magistrate judge filed findings and recommendations that were served on both parties and contained notice that any objections were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 22, 2013, are adopted in full.

    2. The motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (Doc. 159) is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).

////

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

4. The Clerk of the Court is directed to close the companion civil case, No. 2:13-cv-0039 JAM DAD P.

DATED: January 29, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE